IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TYRONE WOMACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-051 |
| | ) | |
| EDWIN PHILBIN; RUTHIE SHELTON; | ) | |
| DR. ALSTON; CHERL ANN FRAZIR; | ) | |
| MS. SEABROOK; AUGUSTA STATE | ) | |
| MEDICAL PRISON; JOHN DOE 1; | ) | |
| TREATMENT TEAM; CPT. ROACH; | ) | |
| LT. WALKER; LT. LINDER; SGT. RAGER; | ) | |
| SGT. JOHNSON; LT. HARDY; ADA JOHN | ) | |
| DOES; MEDICAL DIRECTOR JANE | ) | |
| DOES; DOOLEY STATE PRISON; | ) | |
| TREATMENT TEAM JOHN | ) | |
| DOES; JANE DOE WARDENS; | ) | |
| JOHNSON STATE PRISON; BRIAN | ) | |
| CHAMBERS; MR. PROSSER; | ) | |
| MS. SALEMN; MS. BRAGGS; MS. BLAIR; | ) | |
| MR. SHIVERS; MS. HUDSON; | ) | |
| MS. ODOM; JOHNSON STATE PRISON | ) | |
| HEAD DOCTOR; and MS. MOSS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 12.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge

as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___1ST___ day of ___August___, 2023, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA